UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL ANASTASIO and ALAN HARRY, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

TOTAL GAS & POWER NORTH AMERICA, INC. and JOHN DOES 1-50,

        Defendants.

------------------------------------------------------------x

Civil Action No. 15 Civ. 09689 (JGK)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Aric Wu, a partner at the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant TOTAL Gas & Power North America, Inc., in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Aric Wu, Esq. (awu@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 48th Floor
    New York, NY  10166-0193
    Telephone:    212.351.4000
    Facsimile:    212.351.4035

Nothing in this Appearance shall be deemed or construed as an admission of the jurisdiction of this Court over this action or the parties therein or that this District constitutes a proper venue for this action, and all rights and defenses with respect to jurisdiction and venue are hereby expressly reserved.

Dated: New York, New York
February 25, 2016

                GIBSON, DUNN & CRUTCHER LLP


                By: /s/ Aric Wu
                    Aric Wu
                    awu@gibsondunn.com

                200 Park Avenue, 48th Floor
                New York, NY 10166-0193
                Telephone: 212.351.4000
                Facsimile: 212.351.4035

                *Attorney for Defendant TOTAL Gas & Power North America, Inc.*