# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PUBLIC UTILITIES DISTRICT NO. 1 OF CLARK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15cv09689 |
| TOTAL GAS & POWER NORTH AMERICA, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Public Utilities District No. 1 of Clark County, Washington.

Date: 03/09/2016

/s/Michael Eisenkraft
*Attorney's signature*

Michael Eisenkraft-6974
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, New York 10005
*Address*

meisenkraft@cohenmilstein.com
*E-mail address*

(212) 838-7797
*Telephone number*

(212) 838-7745
*FAX number*