UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ANASTASIO and ALAN HARRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TOTAL GAS & POWER NORTH AMERICA, INC. and JOHN DOES 1-50,<br><br>Defendants. | No. 1:15-cv-09689 (JGK)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that John Douglas Richards of the law firm Cohen Milstein Sellers & Toll PLLC hereby enters his appearance as counsel in the above-captioned matter on behalf of Plaintiff PUBLIC UTILITIES DISTRICT NO. 1 OF CLARK COUNTY, WASHINGTON. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon the addresses listed below.

Dated: March 14, 2016
       New York, New York

COHEN MILSTEIN SELLERS & TOLL PLLC

By:   /s/ John Douglas Richards
John Douglas Richards
88 Pine Street, Fourteenth Floor
New York, New York 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com

*Attorneys for Public Utilities District No. 1 of Clark County, Washington*