UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICHAEL ANASTASIO, ALAN HARRY, LEVANTE CAPITAL, LLC, and PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY, WASHINGTON (D/B/A CLARK PUBLIC UTILITIES), on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

TOTAL GAS & POWER NORTH AMERICA, INC. and JOHN DOES 1-50,

    Defendants.
-----------------------------------------------------------x

Civil Action No. 15 Civ. 09689 (JGK)

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Jason J. Fleischer for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Jason J. Fleischer (jfleischer@gibsondunn.com)
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Ave., N.W.
> Washington, DC 20036
> Telephone: 202-955-8500
> Facsimile: 202-467-0539

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant TOTAL Gas & Power North America, Inc. in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 14, 2016
New York, New York

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE