Case 1:15-cv-09689-JGK   Document 22-3   Filed 03/11/16   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICHAEL ANASTASIO, ALAN HARRY,
LEVANTE CAPITAL, LLC, and PUBLIC
UTILITY DISTRICT NO. 1 OF CLARK
COUNTY, WASHINGTON (D/B/A CLARK
PUBLIC UTILITIES), on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

TOTAL GAS & POWER NORTH
AMERICA, INC. and JOHN DOES 1-50,

    Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/14/16

Civil Action No. 15 Civ. 09689 (JGK)

[~~PROPOSED~~] ORDER
GRANTING MOTION FOR
ADMISSION PRO HAC VICE

The motion of Rachel E. Mondl, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of New York and the District of Columbia; and that her contact information is as follows:

    Rachel E. Mondl, Esq. (rmondl@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Ave., N.W.
    Washington, DC 20036
    Telephone: 202-887-3624
    Facsimile: 202-530-4220

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant TOTAL Gas & Power North America, Inc. in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 14, 2016
New York, New York

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE