# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Aric Wu
Direct: +1 212.351.3820
Fax: +1 212.351.5344
AWu@gibsondunn.com

March 11, 2016

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC# _____*
*DATE FILED: 3/14/16*

*Conference adjourned to Tuesday, April 5, 2016, at 2:30pm.*
*So ordered.*
*[signature] John G. Koeltl*
*3/14/16   USDJ*

VIA ECF

The Honorable John G. Koeltl
United States District Court
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Anastasio v. TOTAL Gas & Power North America, Inc.
      Case No. 15 Civ. 09689 (JGK)

Dear Judge Koeltl:

We write to address the advisability of postponing the pretrial conference currently scheduled for Tuesday, March 15, 2016.

The complaint initiating this case was filed on December 10, 2015. On January 8, 2016, the Court issued a notice of pretrial conference to be held March 15, 2016 at 4:30 p.m. Since January 8, plaintiffs have served defendant TOTAL Gas & Power, North America with the complaint, plaintiffs have amended the complaint (once as of right and a second time by leave of Court), and the Court has issued a stipulated scheduling order that includes a deadline of April 12 for defendant to file an answer or move to dismiss.

Defendant has no objection to appearing for a conference on March 15. Given the developments since the notice issued on January 8, however, we write to suggest postponing the date for such a conference. Defendant has not previously requested a postponement of the conference. While plaintiffs have not yet advised whether they consent to the postponement, given that the conference is only a few business days away, defendant has proceeded to submit this suggested adjournment.

In the likely event that defendant elects to move to dismiss the complaint for failure to state a claim, defendant will submit a letter to the Court requesting a pre-motion conference in accordance with the Local Rules and this Court's Individual Practices.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

# GIBSON DUNN

The Honorable John G. Koeltl
March 11, 2016
Page 2

Thank you for your consideration.

Respectfully submitted,

/s/ Aric Wu

Aric Wu

cc:   All counsel of record (via ECF)