# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N W
Washington, DC 20036-5306
Tel 202 955 8500
www.gibsondunn.com

David Debold
Direct +1 202.955.8551
Fax +1 202.530.9682
DDebold@gibsondunn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/23/16

March 23, 2016

VIA ECF

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

*6 Koeltr*
*3/23/16.*
John G. Koeltl, U.S.D.J.

Re:   Anastasio v. Total Gas & Power North America, Inc.
      Case No. 15 Civ. 09689 (JGK)

Dear Judge Koeltl:

We write to request that the Court reschedule the pre-trial conference currently set for April 5, 2016. Defendant's counsel has a scheduling conflict the week of April 4. Defendant's counsel and plaintiffs' counsel contacted the Court's scheduling clerk who advised of the Court's availability on March 30, at 10:30 a.m. Therefore, we respectfully request that the Court reschedule the conference to March 30, 2016, at 10:30 a.m. Plaintiffs' counsel has authorized us to represent that they agree with resetting the conference to that earlier date and time.

Defendant previously advised the Court that it will be submitting a letter in advance of a pre-motion conference for its upcoming motion to dismiss the Amended Complaint under Rule 12, Fed. R. Civ. P. That motion is due April 12, 2016. Defendant will submit its letter in time for the Court to hold that pre-motion conference on March 30, in the event the Court grants this request to reschedule.

Thank you for your consideration.

Sincerely,

s/ David Debold

David Debold
cc: All counsel of record (*via ECF)*