```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/30/16

MICHAEL ANASTASIO, ET AL.,

                 Plaintiffs,       15-cv-9689 (JGK)

      - against -            SCHEDULING ORDER

TOTAL GAS & POWER N. AMERICA, INC.,

                 Defendant.

**JOHN G. KOELTL, District Judge:**

     The plaintiffs may an amended complaint by April 15, 2016. The defendant's time to move or answer is May 5, 2016. The plaintiffs' response is due May 27, 2016. The defendant may reply by June 10, 2016.

SO ORDERED.

Dated:    New York, New York
          March 30, 2016

                                        John G. Koeltl
                                 United States District Judge

1