```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED  3/30/16

MICHAEL ANASTASIO, ET AL.,

                Plaintiffs,         15-cv-9689 (JGK)

    - against -                SCHEDULING ORDER

TOTAL GAS & POWER N. AMERICA, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The motion to appoint co-lead counsel should be filed March 30, 2016. Any responses are due April 15, 2016. Any replies are due April 25, 2016.

SO ORDERED.

Dated:    New York, New York
           March 30, 2016

                                      John G. Koeltl
                                  United States District Judge

1