# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN HARRY, LEVANTE CAPITAL, LLC, and PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY, WASHINGTON (D/B/A CLARK PUBLIC UTILITIES), on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TOTAL GAS & POWER NORTH AMERICA, INC. and JOHN DOES 1-50,<br><br>                    Defendants. | No. 1:15-cv-09689 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Alan Harry, Levante Capital, LLC, and Public Utility District No. 1 of Clark County, Washington (d/b/a Clark Public Utilities), on behalf of themselves and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from: (1) the opinion and order granting Defendants' motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint with prejudice (ECF No. 109, docketed March 27, 2017); and (2) the judgment (ECF No. 110, docketed March 27, 2017).

Dated: April 24, 2017

KIRBY McINERNEY LLP

By:  /s/ *David E. Kovel*

David E. Kovel
Thomas W. Elrod
dkovel@kmllp.com
telrod@kmllp.com
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

**ROBINS KAPLAN LLP**
Hollis Salzman
Kellie Lerner
Bernard Persky
hsalzman@robinskaplan.com
klerner@robinskaplan.com
bpersky@robinskaplan.com
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499

K. Craig Wildfang
kcwildfang@robinskaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181

**CAFFERTY CLOBES MERIWETHER AND
SPRENGEL LLP**
Anthony F. Fata
Jennifer W. Sprengel
Daniel O. Herrera
afata@caffertyclobes.com
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
150 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone:  (312) 782-4880
Facsimile:  (312) 782-4485

**COHEN MILSTEIN SELLERS & TOLL PLLC**
J. Douglas Richards
Michael Eisenkraft
drichards@cohenmilstein.com
meisenkraft@cohenmilstein.com
88 Pine Street, 14th Floor
New York, NY 10005
Telephone:  (212) 838-0177
Facsimile:  (212) 838-7745

Times Wang
twang@cohenmilstein.com
1100 New York Avenue, Suite 500
Washington, DC 20001

2

Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Co-Lead Counsel*

Steven R. Goldberg, Esq.
225 Liberty Street, Suite 1020A
New York, New York 10281
sgoldberg@srglaw.nyc
Telephone:  212-845-5100
Facsimile:  212-845-4197

*Counsel for Plaintiffs and the Proposed Class*

## NOTICE OF COMPLIANCE WITH F.R.A.P. 3(a)(1)

In compliance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure, the foregoing Notice of Appeal and three copies have been mailed to the Clerk of Court to enable the clerk to comply with Rule 3(d). Copies will also be served on all counsel of record through the Court's CM/ECF system.

*/s/ David E. Kovel*
David E. Kovel